## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | : Chapter 7 |
| | : |
| JAMUNA REAL ESTATE, LLC | : Bankruptcy No. 04-37130 |
| UNITED MANAGEMENT SERVICES, INC. | : Bankruptcy NO. 04-37132 |
| BAGGA ENTERPRISES, INC. | : Bankruptcy No. 04-37136 |
| Debtor(s) | : |

| | |
|---|---|
| MARVIN KRASNY, IN HIS CAPACITY AS | : |
| CHAPTER 7 TRUSTEE OF UNITED | : |
| MANAGEMENT SERVICES, INC.; | : |
| MARVIN KRASNY, IN HIS CAPACITY AS | : |
| CHAPTER 7 TRUSTEE OF JAMUNA REAL | : |
| ESTATE LLC; GARY SEITZ, IN HIS | : |
| CAPACITY AS CHAPTER 7 TRUSTEE OF | : |
| BAGGA ENTERPRISES, INC. AND FL | : |
| RECEIVABLES TRUST 2002-A | : |
| Plaintiffs | : |
| v. | : |
| PRATPAL BAGGA; KHUSHVINDER BAGGA; | : |
| RAVINDER CHAWLA; HARDEEP CHAWLA; | : |
| WELCOME GROUP, INC.; K&P REAL | : |
| ESTATE LLC; WORLD APPAREL PRODUCTS, | : |
| INC. D/B/A/ SJM TRADING COMPANY, | : |
| D/B/A TEN TIGERS; AMERICAN | : |
| MERCHANDISE CO., INC., A/K/A | : |
| AMERICAN MERCHANDISING CO.,INC.; | : |
| 21ST CENTURY RESTAURANT SOLUTIONS, | : |
| INC.; BRAND TRADE, INC.; H.B. | : |
| PROPERTIES, INC.; H.B. PROPERTIES | : Advs. No. 06-128 |
| LLP; SANT PROPERTIES; JOHN AND | : Advs. No. 06-129 |
| JANE DOES AND ABC COMPANIES | : Advs. No. 06-130 |
| Defendants | : |

# ORDER

**AND NOW,** upon consideration of *Plaintiffs' Motion for Reconsideration of the Order of*

*the Order of the Court Granting the Chawla Defendants' Motion for Partial Summary Judgment*

*and for Leave to File an Amended Complaint*, the Answer in opposition thereto, and after

hearing thereon April 22, 2008, it is hereby:

**ORDERED,** that for the reasons set forth in the attached Opinion, the Plaintiffs' Motion

for Reconsideration shall be and hereby is denied; and it is further:

**ORDERED,** that for the reasons set forth in the attached Opinion, the Plaintiffs' Motion

for Leave to Amend will be granted only in part, and as follows:

**Counts I and II (RICO and Conspiracy)**:

The Trust's request for leave to amend the Complaint to replead the claims which were

dismissed by the Court's February 6, 2008 ruling is denied; the Trust's RICO claims are limited

to harm alleged to have been *directly* suffered by it.  The Bankruptcy Trustees' request for leave

to amend to plead RICO and RICO Conspiracy claims is denied;

**Count IV (Fraudulent Transfer)**: Leave will be granted to amend the Complaint as

proposed.

**Count IX (Fraud, Conspiracy to Commit Fraud)**: Leave to amend the Fraud Count

will be denied; however, leave will be granted to plead a cause of action for conspiracy to

commit fraud as to Pratpal Bagga and Ravinder Chawla.

**Counts X and XV (Alter Ego)**: Leave to amend these Counts will be denied.

**Counts XI and XIII (Breach of Fiduciary Duty)**: Leave to amend these Counts will be

denied.

The Plaintiffs' **request for clarification** is denied.

By the Court:

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: July 22, 2008

Interested Parties:
George Conway, Esquire
Office Of The U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia PA  19106

Counsel for Plaintiffs
Lawrence J. Tabas, Esquire
OBERMAYER REBMAN MAXWELL & HIPPEL LLP
One Penn Center, 19th Fl.
1617 JFK Blvd
Philadelphia, PA 19103

Patrick Fitzmaurice, Esquire
Christopher F. Graham, Esquire
THATCHER PROFFIT & WOOD LLP
50 Main Street
White Plains, NY 10606

Counsel for Defendants
Richard M. Simins, Esquire
Paul C. Madden, Esquire
Jeffery M. Carbino, Esquire
BUCHANAN INGERSOLL & ROONEY PC
1835 Market Street, 14th Fl
Philadelphia, PA 19103-2985

Andrew Teitelman, Esquire
380 Red Lion Road, Ste 202
Huntingdon Valley, PA 19006

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich