# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 7 |
| | : |
| JAMUNA REAL ESTATE, LLC | : BANKRUPTCY NO. 04-37130 |
| UNITED MANAGEMENT SERVICES, INC. | : BANKRUPTCY NO. 04-37132 |
| BAGGA ENTERPRISES, INC. | : BANKRUPTCY NO. 04-37136 |
|                  DEBTORS | : |
| | : |
| MARVIN KRASNY, IN HIS CAPACITY AS | : |
| CHAPTER 7 TRUSTEE OF UNITED | : |
| MANAGEMENT SERVICES, INC.; | : |
| MARVIN KRASNY, IN HIS CAPACITY AS | : |
| CHAPTER 7 TRUSTEE OF JAMUNA REAL | : |
| ESTATE LLC; GARY SEITZ, IN HIS CAPACITY | : |
| AS CHAPTER 7 TRUSTEE OF BAGGA | : |
| ENTERPRISES, INC., WILMINGTON TRUST | : |
| COMPANY IN ITS CAPACITY AS OWNER | : |
| TRUSTEE OF FL RECEIVABLES TRUST 2002-A | : |
| AND FL RECEIVABLES TRUST 2002-A | : |
|                  PLAINTIFFS | : |
| V. | : |
| PRATPAL BAGGA; KHUSHVINDER BAGGA; | : |
| RAVINDER CHAWLA; HARDEEP CHAWLA; | : |
| WELCOME GROUP, INC.; K&P REAL | : |
| ESTATE LLC; WORLD APPAREL PRODUCTS, | : |
| INC. D/B/A/ SJM TRADING COMPANY, | : |
| D/B/A TEN TIGERS; AMERICAN MERCHANDISE | : |
| CO., INC., A/K/A AMERICAN MERCHANDISING | : |
| CO.,INC.; 21ST CENTURY RESTAURANT | : |
| SOLUTIONS, INC.; H.B. PROPERTIES, INC. | : ADV NO. 06-128 |
| H.B. PROPERTIES LLP; SANT PROPERTIES; | : ADV NO. 06-129 |
| JOHN AND JANE DOES AND ABC COMPANIES | : ADV NO. 06-130 |
|                  DEFENDANTS | : |

## ORDER

**AND NOW,** upon consideration of the Plaintiffs' Motion for Leave to Amend, or in the Alternative, For the Entry of Judgment Pursuant to Fed.R.Civ. P. 54(b), the

Opposition of Ravinder Chawla, Hardeep Chawla, and their respective companies, the parties' briefs, after hearing held, and for the reasons set forth in the foregoing Opinion, it is hereby

**ORDERED** that the Motion is granted in part and denied in part. Plaintiffs are granted leave to amend Counts II (Conspiracy to Violate RICO) and VIII (Aiding and Abetting Breach of Fiduciary Duty) as proposed. All of the other requests for leave to amend are denied.

By the Court:

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: December 17, 2009

Counsel for Plaintiffs

William Pelosi, Esquire
Richard P. Limburg, Esquire
OBERMAYER REBMANN MAXWELL
& HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd
Philadelphia, PA 19103

Jonathan Forstot, Esquire
Patrick E. Fitzmaurice, Esquire
SONNENSCHEIN NATH & ROSENTHAL, LLP
Two World Financial Center
New York, NY 10291

Counsel for Chawla Defendants

Richard M. Simins, Esquire
BUCHANAN INGERSOLL & ROONEY
1835 Market Street, 14th Floor
Philadelphia, PA 19103-2985

Office of the United States Trustee

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106