IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 7 |
| | : |
| JAMUNA REAL ESTATE, LLC | : BANKRUPTCY NO. 04-37130 |
| UNITED MANAGEMENT SERVICES, INC. | : BANKRUPTCY NO. 04-37132 |
| BAGGA ENTERPRISES, INC. | : BANKRUPTCY NO. 04-37136 |
| DEBTOR(S) | : |
| MARVIN KRASNY, IN HIS CAPACITY AS | : |
| CHAPTER 7 TRUSTEE OF UNITED | : |
| MANAGEMENT SERVICES, INC.; | : |
| MARVIN KRASNY, IN HIS CAPACITY AS | : |
| CHAPTER 7 TRUSTEE OF JAMUNA REAL | : |
| ESTATE LLC; GARY SEITZ, IN HIS | : |
| CAPACITY AS CHAPTER 7 TRUSTEE OF | : |
| BAGGA ENTERPRISES, INC., WILMINGTON | : |
| TRUST COMPANY IN ITS CAPACITY AS | : |
| OWNER TRUSTEE OF FL RECEIVABLES | : |
| TRUST 2002-A AND FL | : |
| RECEIVABLES TRUST 2002-A | : |
| PLAINTIFFS | : |
| V. | : |
| | : |
| PRATPAL BAGGA; KHUSHVINDER BAGGA; | : ADV NO. 06-128 |
| ET AL | : ADV NO. 06-129 |
| | : ADV. NO. 06-130 |
| DEFENDANTS | : |

# ORDER

**And now**, upon consideration of the Defendants' Motion for Partial Judgment on the Pleadings, the Plaintiffs' Response thereto, the parties' briefs, after a hearing held October 19, 2010, and for the reasons set forth in the preceding Opinion, it is hereby:

**Ordered,** that the Defendants' Motion is granted in part and denied in part as follows:

The Motion is denied as to Counts I, II, V, and VIII.

The Motion is granted as to Counts VI, VII and X.  These counts are dismissed as to Khushvinder Bagga.

By the Court:

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated:  December 7, 2010

Interested Parties:

George Conway, Esquire
Office Of The U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia PA  19106
USTPRegion03.PH.CF@usdoj.gov

Counsel for Plaintiffs

Jonathan Forstot, Esquire
SONNENSCHEIN, NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
jforstot@sonnenschein.com

Richard P. Limburg, Esquire
William K. Pelosi, Esquire
William J. Leonard, Esquire
OBERMAYER REBMANN,
MAXWELL & HIPPEL, LLP
One Penn Center, 19th Floor
1617 JFK Blvd
Philadelphia, PA 19103
wkp@obermayer.com

Counsel for Hardeep Chawla,
Ravinder Chawla, World Apparel
a/k/a World Acquisition Partners
Corporation and Sant Properties

Eugene J. Malady, Esquire
200 East State Street, Suite 309
Media, PA 19063
kjones@ejmcounselors.com

Joseph M. Fioravanti, Esquire
200 East State Street, Suite 309
Media, PA 19063
fioravantijm@comcast.net

<u>Counsel for Pratpal and
Khushvinder Bagga, United
Management, Welcome Group,
Jamuna Real Estate, Bagga
Enterprises, 21st Century,
K&P Real Estate, AMCI
and Brand Trade</u>

Thomas D. Schneider, Esquire
LAW OFFICE OF THOMAS D. SCHNEIDER
55 Green Valley Road
Wallingford, PA 19086
tdschneider@verizon.net